IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEVIN PUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-572-ECM |
| | ) | |
| JOHN M. FOLMER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On November 3, 2025, the Magistrate Judge entered a Recommendation (doc. 12) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 12) is ADOPTED, and this case is DISMISSED without prejudice.  It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 1st day of April, 2026.

        /s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE